# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SARA ELIZABETH SIEGLER,** | : |
| **Plaintiff,** | : |
| vs. | : Case No. C2-10-CV-0172 |
| **THE OHIO STATE UNIVERSITY, et al.,** | : |
| **Defendants.** | : |

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University. The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

                                            s/Algenon L. Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**DATE: February 25, 2010**