AO 450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Sara E. Siegler                    **JUDGMENT IN A CIVIL CASE**

      vs.                       CASE NUMBER: 2:10-cv-172

The Ohio State University, et al.,

    ___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    _X_  **Decision by Court.** This action came before the Court without trial or hearing and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the May, 23, 2011 Opinion and Order, defendants' motion to dismiss (#9) is GRANTED. As this court lack jurisdiction over the four claims Plaintiff has articulated, they are DISMISSED WITHOUT PREJUDICE to bring them in a court or courts possessing jurisdiction to hear them. Plaintiff has alleged that Defendant OSU is liable for violation of Plaintiff's constitutional rights, the amended complaint is DISMISSED WITH PREJUDICE.

                                              JAMES BONINI, CLERK

DATE: May 24, 2011

                                          */s/ Susan Rasoletti*
                                          (By) Susan Rasoletti, Deputy Clerk